# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 12-cv-01087-RPM-MJW

UNITED STATES OF AMERICA for the
Use of SHELVING RACK & LOCKERS, INC.,

      Plaintiff,

v.

DIAMOND HILLS SERVICES, INC.,
a Colorado corporation, and
WESTCHESTER FIRE INSURANCE COMPANY,

      Defendants.

---

## NOTICE OF DISMISSAL
---

  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby gives notice of dismissal of the within action, with prejudice.

           LAW OFFICES OF EVAN S. LIPSTEIN PC


           By */s/ Evan S. Lipstein*
           Evan S. Lipstein
           12600 West Colfax Avenue, Suite C-400
           Lakewood, Colorado   80215
           Telephone:   303-232-5151
           Fax:   303-232-5161
           Email:   evan@lipsteinlaw.com
           Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

     I hereby certify that on September 24, 2012, I electronically filed the foregoing NOTICE OF DISMISSAL with the Clerk of Court using the CM/ECF system,

and I hereby certify that I have deposited a true and correct copy thereof in the United States mail, postage prepaid, addressed to:

Thomas E. Henry, Esq.
9836 Ontario Street
Omaha, NE 68124

                                                    s/ *Evelyn Merriott*
                                                    Evelyn Merriott, Legal Assistant